NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MORTIMER PHILBERT,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2014-3029

---

Petition for review of the Merit Systems Protection Board in No. DC0752130165-I-1.

---

**ON MOTION**

---

**O R D E R**

Mortimer Philbert moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                    PHILBERT v. MSPB

FOR THE COURT

/s/ Daniel E. O'Toole
    Daniel E. O'Toole
    Clerk of Court

s24